# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7106**

**September Term, 2025**

**1:25-cv-00681-UNA**

**Filed On:** November 3, 2025

May Chen,

       Appellant

    v.

District of Columbia, et al.,

       Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:** Katsas, Walker, and Childs, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, the motion to expedite, and the motion for default judgment, it is

**ORDERED** that the motion for default judgment be denied. Appellant has not shown that she is entitled to the requested relief. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's dismissal order entered June 25, 2025 be affirmed. The district court correctly concluded that appellant's complaint was frivolous. See Neitzke v. Williams, 490 U.S. 319, 325 (1989). It is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot.

**No. 25-7106**                                          **September Term, 2025**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>


                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk